**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:17-10004-STA |
| ) | |
| PAUL ISOM, ) | |
| ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA**
___

This cause came to be heard on May 2, 2017, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Paul Isom, appearing in person, and with counsel, Steve West.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 3 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, AUGUST 4, 2017 at 10:15 A.M., before Judge S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 2nd day of May, 2017.

                                                     s/ S. Thomas Anderson
                                                     CHIEF JUDGE, U. S. DISTRICT COURT